*Prew Savoy* for petitioner. Messrs. *Theodore Schmidt,
Edward H. Blanc, Russell L. Bradford, John W. Davis,*
and *Frederic Ullmann* for respondent.

No. 549. NASH-BREYER MOTOR CO. *v.* BURNET, COM-
MISSIONER OF INTERNAL REVENUE. January 5, 1931. Pe-
tition for writ of certiorari to the Circuit Court of Appeals
for the Second Circuit granted. Messrs. *T. B. Benson,
Arthur H. Deibert, M. F. Mitchell,* and *George G. Witter*
for petitioner. Solicitor General *Thacher,* Assistant At-
torney General *Youngquist* and Messrs. *Claude R.
Branch, Sewall Key,* and *J. Louis Monarch* for respond-
ent.

No. 552. MCBOYLE *v.* UNITED STATES. January 12,
1931. Petition for writ of certiorari to the Circuit Court
of Appeals for the Tenth Circuit granted, limited to the
question whether the National Motor Vehicle Theft Act
applies to aircraft. *Mr. Harry F. Brown* for petitioner.
Solicitor General *Thacher* and Messrs. *Claude R. Branch,
Harry S. Ridgely,* and *W. Marvin Smith* for the United
States.

No. 581. MORSMAN, ADMINISTRATOR, *v.* COMMISSIONER
OF INTERNAL REVENUE. January 12, 1931. Petition for
writ of certiorari to the Circuit Court of Appeals for the
Eighth Circuit granted. Messrs. *Edgar M. Morsman, Jr.,
Edward H. Blanc,* and *Russell L. Bradford* for petitioner.
Solicitor General *Thacher* and *Mr. Claude R. Branch* for
respondent.